IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CLAUDE STEVEN THOMPSON                                                                   APPELLANT

V.                                                                          CASE NO. 3:16-CV-00063-NBB

NORTH MISSISSIPPI SPINE CENTER, INC.;
MID-SOUTH BUSINESS ASSOCIATES, LLC;
TLW PROPERTIES, LLC; R. TAYLOR WINDHAM;
AND THOMAS L. WINDHAM, SR., M.D.                                                         APPELLEES

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the appellant's motion for leave to file interlocutory appeal is **DENIED**, and this case is dismissed with prejudice and closed.

This, the 30th day of March, 2017.

                                            /s/ Neal Biggers
                                            **NEAL B. BIGGERS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**